partment. July 29, 1910.) Action by Dennis J. Menton against Cecelia R. Dunn.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the answer does not raise the objection of a defect of parties plaintiff, and that the evidence establishes that no one except the plaintiff had any interest in the contract which is the subject of this action.

=====

MERKEL v. MURRAY. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Irwin Merkel, an infant, against William J. Murray. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 128 App. Div. 931, 113 N. Y. Supp. 1139, 120 N. Y. Supp. 1140.

=====

MEURER et al. v. BOEKLEN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jacob Meurer and another against Edward Boeklen and others. No opinion. Order of the Municipal Court affirmed, with costs.

=====

MEYERS, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by John Meyers against the American Locomotive Company. No opinion. Judgment and order affirmed, with costs.

=====

MEYERS, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by John Meyers against the American Locomotive Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

=====

MEYERS, Appellant, v. GERVETZ, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Michael Meyers against Joseph Gervetz. No opinion. Appeal dismissed, without costs, on the ground that neither of the orders is appealable. Municipal Court Act (Laws 1902, c. 580) §§ 253–257.

=====

MIDDLETON, Respondent, v. RUBEL, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by William Middleton against William Rubel. No opinion. Judgment and order affirmed, with costs.

=====

MIXER, Appellant, v. ADAM, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Knowlton Mixer against James N. Adam, as mayor, etc., and others. No opinion. Motion to dismiss appeal held until the hearing of the appeal upon the merits. See, also, 66 Misc. Rep. 238, 121 N. Y. Supp. 31.

MOE, Respondent, v. THOMAS McNALLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by John M. Moe against the Thomas McNally Company.

PER CURIAM. Motion for resettlement of order granted, without costs. Settle order before Thomas, J. See, also, 123 N. Y. Supp. 71.

=====

MORROW, Respondent, v. CURRY, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Mary Morrow against Nora Curry, individually and as executrix, etc., of Michael P. Curry, deceased, impleaded with another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

=====

MORSON, Respondent, v. HOCH, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Walter E. Morson, doing business, etc., against Martha Hoch. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

=====

MULLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John Muller against the Brooklyn Heights Railroad Company. No opinion. As the order appealed from has been affirmed, the motion for a stay should be denied, and the temporary stay vacated, without costs. See, also, 122 N. Y. Supp. 1137; 124 N. Y. Supp. 491.

=====

MURPHY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Robert B. Murphy against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

=====

MURPHY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Joseph A. Murphy, as executor, etc., of Edward Johnson, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with costs.

=====

MYERS, Respondent, v. SAN DOMINGO IMPROVEMENT CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by

Jesse Myers against the San Domingo Improvement Company of New York. T. F. Conway, for appellant. J. M. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 1138.

MYERS v. SAN DOMINGO IMPROVEMENT CO. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Jesse Myers against the San Domingo Improvement Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 124 N. Y. Supp. 1122.

N. DAIN'S SONS CO., Appellant, v. THOMAS McNALLY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the N. Dain's Sons Company against the Thomas McNally Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 122 N. Y. Supp. 964.

NEW YORK CENT. & H. R. R. CO. v. FEDERAL SUGAR REFINING CO. OF YONKERS et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the New York Central & Hudson River Railroad Company against the Federal Sugar Refining Company of Yonkers and others.

PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

BURR, J., taking no part.

NICHOLSON, Respondent, v. TOWN OF STILLWATER, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Elizabeth M. Nicholson, as administratrix, etc., against the Town of Stillwater.

PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.

COCHRANE and SEWELL, JJ., dissent.

NILES, Respondent, v. WINKLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Cecelia W. Niles, as administratrix, against Leopold Winkler and others. O. V. Schrenk, for appellants. H. H. Gibbs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NINTH NAT. BANK OF CITY OF NEW YORK, Appellant, v. MOSES et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Ninth National Bank of the City of New York against Morris Moses and others, as receivers. O. C. Wierum, Jr., for appellant. E. D. Hays, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'BIERNE, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Bridget O'Bierne against George T. Kelly. J. H. San, for appellant. S. Bird, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNELL, Respondent, v. SCOTTDALE FOUNDRY & MACHINE CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Timothy F. O'Connell against the Scottdale Foundry & Machine Company. No opinion. Order affirmed, with $10 costs and disbursements.

OLSZEWSKA, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Veronica Olszewska against the State of New York. No opinion. Motion granted. See, also, 123 N. Y. Supp. 1132.

ONONDAGA COUNTY, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Onondaga County against the City of Amsterdam. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 124 N. Y. Supp. 558, 562.

OSTERHELD, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Dudley Oliver Osterheld against the Star Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 929, 118 N. Y. Supp. 1128.

OSTRANDER, Appellant, v. OSTRANDER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Caroline A. Ostrander against Mary Ostrander. No opinion. Judgment affirmed, with costs.

OTIS, Respondent, v. GRANGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by James S. Otis against Abbott D. Granger. No opinion. Order affirmed, with $10 costs and disbursements.

O'TOOLE, Respondent, v. O'TOOLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Adeline F. O'Toole against John R. O'Toole. No opinion. Order affirmed, with $10 costs and disbursements.

PACKARD, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Nathan J. Packard against the Long Island Railroad Company. E. R. Finch, for appellant. J. Rosenzweig, for respondent. No